**Fill in this information to identify the case:**

Debtor 1 _____

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: _____ District of _____

Case number _____

## Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges   12/15

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.**

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** _____   **Court claim no**. (if known): _____

**Last 4 digits** of any number you use to identify the debtor's account:    0   0   7   2

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

❑ No
❑ Yes. Date of the last notice: _____

### Part 1:   Itemize Postpetition Fees, Expenses, and Charges

**Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court.**

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | _____ | (1) | $ _____ |
| 2. Non-sufficient funds (NSF) fees | _____ | (2) | $ _____ |
| 3. Attorney fees | _____ | (3) | $ _____ |
| 4. Filing fees and court costs | _____ | (4) | $ _____ |
| 5. Bankruptcy/Proof of claim fees | _____ | (5) | $ _____ |
| 6. Appraisal/Broker's price opinion fees | _____ | (6) | $ _____ |
| 7. Property inspection fees | _____ | (7) | $ _____ |
| 8. Tax advances (non-escrow) | _____ | (8) | $ _____ |
| 9. Insurance advances (non-escrow) | _____ | (9) | $ _____ |
| 10. Property preservation expenses. Specify:_____ | _____ | (10) | $ _____ |
| 11. Other. Specify:_____ | _____ | (11) | $ _____ |
| 12. Other. Specify:_____ | _____ | (12) | $ _____ |
| 13. Other. Specify:_____ | _____ | (13) | $ _____ |
| 14. Other. Specify:_____ | _____ | (14) | $ _____ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Debtor 1 _____    Case number (*if known*) _____
       First Name    Middle Name    Last Name

---

**Part 2:**    **Sign Here**

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

❑ I am the creditor.

❑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ _____    Date  _____
   Signature

Print:    _____    Title  _____
         First Name    Middle Name    Last Name

Company    _____

Address    _____
          Number    Street
          _____
          City    State    ZIP Code

Contact phone  _____    Email  _____

---

Official Form 410S2    **Notice of Postpetition Mortgage Fees, Expenses, and Charges**    page **2**

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

_____

| | |
|---|---|
| **Joann V Fithian** | : Chapter 13 |
| | : Case No. 17-13685-AMC |
| **Debtor(s)** | : |

## CERTIFICATE OF SERVICE

I certify that I am more than eighteen (18) years of age and that on April 10, 2020, I served a copy of the Notice of Post-Petition Mortgage Fees, Expenses, and Charges on the following parties in this matter:

WILLIAM C. MILLER, Esq.
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105
*CHAPTER 13 TRUSTEE- SERVED ELECTRONICALLY & REGULAR MAIL*

Joann V Fithian
3155 Almond Street
Philadelphia, PA 19134
*DEBTOR (PRO SE) – SERVED VIA REGULAR MAIL*

BRUCE J. TRAWICK, Esq.
DC33 Legal Services Plan
3001 Walnut Street
10th Floor
Philadelphia, PA 19104
*Debtor's Attorney - SERVED ELECTRONICALLY & REGULAR MAIL*

United States Trustee
Office of the U.S. Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106
*SERVED ELECTRONICALLY*

I certify under penalty of perjury that the foregoing is true and correct.

Dated: April 10, 2020         By:     /s/ Brian E. Caine
                                    Brian E. Caine, Esq.
                                    Attorney ID #86057
                                    **PARKER McCAY P.A.**
                                    9000 Midlantic Drive, Suite 300
                                    P.O. Box 5054
                                    Mt. Laurel, NJ 08054
                                    (856) 985-4059
                                    bcaine@parkermccay.com
                                    Attorney for Chalet Properties III LLC