**Fill in this information to identify the case:**

Debtor 1    Joann V. Fithian

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the:   Eastern District of Pennsylvania

Case number   17-13685-ELF

---

## Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges   12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** Chalet Properties III, LLC      **Court claim no.** (if known): 1-1

**Last 4 digits** of any number you use to identify the debtor's account:   0   0   7   2

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☑ No

☐ Yes. Date of the last notice: _____

---

### Part 1:   Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | _____ | (1) | $ _____ |
| 2. Non-sufficient funds (NSF) fees | _____ | (2) | $ _____ |
| 3. Attorney fees | _____ | (3) | $ _____ |
| 4. Filing fees and court costs | _____ | (4) | $ _____ |
| 5. Bankruptcy/Proof of claim fees | _____ | (5) | $ _____ |
| 6. Appraisal/Broker's price opinion fees | _____ | (6) | $ _____ |
| 7. Property inspection fees | _____ | (7) | $ _____ |
| 8. Tax advances (non-escrow) | Property Taxes (5/22/2020) | (8) | $ 1,357.81 |
| 9. Insurance advances (non-escrow) | _____ | (9) | $ _____ |
| 10. Property preservation expenses. Specify:_____ | _____ | (10) | $ _____ |
| 11. Other. Specify:_____ | _____ | (11) | $ _____ |
| 12. Other. Specify:_____ | _____ | (12) | $ _____ |
| 13. Other. Specify:_____ | _____ | (13) | $ _____ |
| 14. Other. Specify:_____ | _____ | (14) | $ _____ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Debtor 1    Joann V. Fithian
First Name    Middle Name    Last Name

Case number *(if known)* 17-13685-ELF

---

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

q  I am the creditor.

☑  I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

Û /s/ Wendy Aguilar
Signature

Date  11/05/2020

Print:  Wendy Aguilar
First Name    Middle Name    Last Name

Title  Sr. Bankruptcy Specialist

Company  BSI Financial Services

Address  7505 Irvine Center Drive, Suite 200
Number    Street
Irvine    CA    92618
City    State    ZIP Code

Contact phone  949-201-4287

Email _____

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)

|  |  |
|---|---|
| _____ | **: Chapter 13** |
| **Joann V. Fithian** | **: Case No. 17-13685-ELF** |
|  | **:** |
| **Debtor,** | **:** |
| ---------------------------------------------------: |  |
| Chalet Properties III LLC | : |
|  | : |
| Movant, | : |
| v. | : |
|  | : |
| Joann V. Fithian | : |
|  | : |
| Debtor, | : |
| and | : |
|  | : |
| William C. Miller, Esquire | : |
| Trustee, | : |
| and | : |
| Respondents. | : |
| ---------------------------------------------------: |  |

## CERTIFICATE OF SERVICE OF NOTICE OF
## POSTPETITION MORTGAGE FEES, EXPENSES AND CHARGES

I, Brian E. Caine, Esq. certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below on November 5, 2020.

**SERVICE BY Notice of Electronic Filing:**

STEPHEN MATTHEW DUNNE
Dunne Law Offices, P.C.
1515 Market Street, Suite 1200
Philadelphia, PA 19102
***DEBTOR'S ATTORNEY – SERVED ELECTRONICALLY***

WILLIAM C. MILLER, Esq.
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105
***CHAPTER 13 TRUSTEE-SERVED ELECTRONICALLY***

U.S. Trustee's Office
200 Chestnut Street, Suite 502
Philadelphia, PA 19106
***SERVED ELECTRONICALLY***

**<u>SERVICE BY First-Class Mail:</u>**

Joann V. Fithian
3155 Almond Street
Philadelphia, PA 19134
***DEBTOR – SERVED VIA REGULAR MAIL***


EXECUTED ON:  November 5, 2020

By:___/s/Brian E. Caine
BRIAN E. CAINE, ESQ.
PA Attorney ID 86057
PARKER McCAY P.A.
9000 Midlantic Drive, Suite 300
Mount Laurel, New Jersey  08054
(p) 856-985-4059
(fax) 856-596-3427
bcaine@parkermccay.com
*Attorney for Movant, Chalet Properties III LLC*